```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


META BUTTENHEIM, d/b/a          :   CIVIL ACTION
AIRMARKETING SERVICES,          :
                                :
        Plaintiff               :   NO. 19-CV-5226
                                :
    vs.                         :
                                :
WILLIAM E. BOOS,                :
                                :
        Defendant               :
```

**O R D E R**

AND NOW, this    5th    day of February, 2021, upon consideration of the Defendant's Petition to Strike, or Alternatively, Open Confession of Judgment (Doc. No. 8) and Plaintiff's Response in opposition thereto, it is hereby ORDERED that the Petition is DENIED for the reasons articulated in the preceding Memorandum Opinion.

                              BY THE COURT:

                              s/ J. Curtis Joyner
                              _____
                              J. CURTIS JOYNER,     J.

22